ACCEPTED
15-24-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/16/2024 4:30 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00003-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/16/2024 4:30:08 PM
CHRISTOPHER A. PRINE
Clerk

_____

## IN THE COURT OF APPEALS
## FIFTEENTH APPELLATE DISTRICT OF TEXAS
## AUSTIN, TEXAS

_____

### AFLOA LIMITED LIABILITY COMPANY D/B/A AFLOA,
*Appellant,*

v.

### TEXAS DEPARTMENT OF MOTOR VEHICLES,
*Appellee.*

_____

**On Appeal from Cause No. D-1-GN-22-006692**
**In the 455th Judicial District Court, Travis County, Texas**
**The Honorable Catherine Mauzy, Judge Presiding**

_____

### SUPPLEMENTAL BRIEF OF APPELLEE,
### THE TEXAS DEPARTMENT OF MOTOR VEHICLES

_____

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

TED A. ROSS
State Bar No. 24008890
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC 018)
Austin, Texas 78711-2548
512-475-4191 ● fax 512-320-0167
ted.ross@oag.texas.gov
*Counsel for Appellee*
*Texas Department of Motor Vehicles*

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellee, the Texas Department of Motor Vehicles (TxDMV), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, submits the following supplemental brief in the captioned appeal.

**I.      AFLOA failed to file a motion for rehearing of the TxDMV Order on Rehearing, which is a statutory prerequisite to judicial review.**

On December 4, 2024, the Clerk of this Court sent a letter to the parties' counsel requesting supplemental briefing on the issue of whether Appellee, AFLOA Limited Liability Company d/b/a AFLOA (AFLOA), was required to file a motion for rehearing of the TxDMV October 22, 2022 Decision and Order Denying Motion for Rehearing (Rehearing Order). AR 000116-119; Exhibit A. The Court cited *Mosley v. Texas Health & Human Servs. Comm.*, 593 S.W.3d 250, 258 (Tex. 2019) in support of the fact that a motion for rehearing is a jurisdictional prerequisite to judicial review. TxDMV agrees with the Court because the Rehearing Order modified the TxDMV Final Order dated August 31, 2022 by reducing the $500,000 penalty to $50,000. *Id.* AFLOA was therefore required to file a motion for rehearing of the Rehearing Order because it was a different order than the original Final Order. *Ector County Comm'rs Court v. Central Education Agency*, 786 S.W.2d 449, 450 (Tex. App.—Austin 1990, writ denied) (agency entered new and different order and county was therefore required to file new motion for rehearing in order to seek

judicial review). *See also Terrell v. Williams*, NO. 03–13–00473–CV, 2015 WL 3393811, at \*3 (Tex. App.—Austin May 21, 2015, pet. denied) (mem. op.) (petitioner must file new motion for rehearing when agency modifies its order in response to a motion for rehearing, regardless of the nature of the modifications); *see also Southern Union Gas Co. v. R.R. Comm'n*, 690 S.W.2d 946, 948 (Tex. App.—Austin 1985, writ ref'd n.r.e.) (requiring new motion for rehearing; agency order "cannot be final and appealable when it has been changed by a subsequent order").

## II. This Court should nevertheless remand this proceeding to the TxDMV to allow AFLOA to file a motion for rehearing of the Rehearing Order.

TxDMV also agrees with the Court that a motion for rehearing of the Rehearing Order is not contained in the record and, in fact, no such MFR was filed. However, TxDMV believes that a remand of this proceeding to the agency in order to allow AFLOA to file a motion for rehearing of the Rehearing Order is warranted under the Supreme Court's decision in *Mosley*.

In *Mosley*, a letter the agency sent to the petitioner transmitting a final decision and order quoted a regulation stating the petitioner had thirty days to seek judicial review from a district court, without mentioning the requirement to file a motion for rehearing. *Mosley*, 593 S.W.3d at 256. The petitioner did not file a motion for

rehearing, and the Court held that the letter's omission of any reference to a motion for rehearing amounted to a denial of due process. *Id.* at 254.

In this case, on August 31, 2022 the TxDMV sent a letter to the parties stating that AFLOA may file a motion for rehearing if it disagreed with the TxDMV Final Order. AR 000111-000112. Exhibit B. AFLOA did file a motion for rehearing of that order. AR 000111-112. However, the October 18, 2022 letter transmitting the Rehearing Order of the same date stated that "[t]his Order concludes the appeal process at the administrative level" and "[a]ny party that disagrees or is dissatisfied may file an appeal in the state district court of Travis County or the Third Court of Appeals within thirty (30) days from the date the Motion for Rehearing was denied." AR TxDMV 000344; Exhibit C. The October 18 letter did not mention the requirement to file a motion for rehearing.

TxDMV therefore believes the proper remedy in this case is to remand the proceeding to the TxDMV in order to allow AFLOA to file a motion for rehearing of the Rehearing Order, as the Court did in *Mosley*. 593 S.W.3d at 269 ("We do not remand the case to the court of appeals for reconsideration of Mosley's appeal on the merits because we agree the trial court lacked jurisdiction to consider Mosley's case in the first place. Instead, we direct the Health and Human Services Commission to reinstate Mosley's administrative case to afford her an opportunity to seek

rehearing of the order entered against her, thus allowing her to seek judicial review by the district court anew should the commission deny her motion for rehearing.").

## CONCLUSION AND PRAYER

For the reasons discussed above, the TxDMV respectfully requests this Court to remand this proceeding to the TxDMV in order to allow AFLOA to file a motion for rehearing of the Rehearing Order.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Email: ted.ross@oag.texas.gov

5

*Attorneys for Appellee Texas Department of Motor Vehicles*

## CERTIFICATE OF COMPLIANCE

In compliance with Texas Rule of Appellate Procedure 9.4(i)(2)(B), this brief contains 810 words, excluding the portions of the brief exempted by Rule 9.4(i)(1).

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served on the 16th day of December 2024, to the following counsel via E-Service:

Brandon L. Starling                    *Via e-service*
State Bar No. 24047556
bstarling@whiteandstarling.com
Susan G. White
State Bar No. 00788658
swhite@whiteandstarling.com
WHITE & STARLING, PLLC
2003 N. Lamar Blvd., Suite 110
Austin, Texas 78705
(512) 559-6299
(512) 68108654 Facsimile
*Attorneys for Appellant*

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

# EXHIBIT
# A

# TEXAS DEPARTMENT OF MOTOR VEHICLES
## MOTOR VEHICLE DIVISION

§
§
**AFLOA Limited Liability Company d/b/a** § **MVD Docket No. 22-0011271.ENF**
**AFLOA** § **MVD Case No. 22-0016336**
§
§
§

## Decision and Order
## Denying Motion for Rehearing

The Director of the Motor Vehicle Division (MVD) of the Texas Department of Motor Vehicles (TxDMV; Department) has considered the Motion for Rehearing filed by the Respondent, AFLOA Limited Liability Company d/b/a AFLOA (Respondent) and Petitioner's Reply.

Findings of Fact

1. Petitioner, the Enforcement Division of the Texas Department of Motor Vehicles (Petitioner), issued its Notice of Department Decision (NODD) on or about June 16, 2022.

2. Petitioner sent its NODD to the Respondent via United States Postal Service Certified Mail on or about June 16, 2022, to the Respondent's last known mailing address in TxDMV records for P163448, the General Distinguishing Number held by the Respondent.

3. The Respondent defaulted by failing to request a hearing or by failing to enter into a settlement agreement before the 27th day after the date the NODD was mailed to the Respondent.

4. The NODD became final because the Respondent defaulted.

5. The Director of MVD issued the Final Order for this contested case on August 31, 2022.

6. The Department sent its Final Order to the Respondent via United States Postal Service Certified Mail and First-Class Mail on or about August 31, 2022, to the Respondent's last known mailing and physical addresses in TxDMV records for █████ the General Distinguishing Number held by the Respondent.

7. In addition, the Department sent its Final Order to the Respondent's email address.

8. Respondent timely filed its Motion for Rehearing on September 26, 2022.

TxDMV 000116

9. Respondent committed multiple serious violations including failure to maintain an established and permanent place of business and printing of an excessive number of temporary tags.

10. The number of excessive temporary tags printed by Respondent is less than the number included in the Final Order.

11. The $500,000 penalty in the Final Order dated August 31, 2022, is not appropriate.

12. Respondent's failure to maintain an established and permanent place of business justifies license revocation and a financial penalty under Department statutes, rules, and disciplinary guidelines.

13. A penalty of $50,000 is appropriate under Department statutes, rules, and disciplinary guidelines.

14. A motion for rehearing must identify with particularity findings of fact or conclusions of law that are the subject of the complaint and any evidentiary or legal ruling claimed to be erroneous.

15. A motion for rehearing must state the legal and factual basis for the claimed error.

16. The Director of the Motor Vehicle Division is the Final Order Authority for this Order Denying the Motion for Rehearing and Setting Aside Order of License Revocation.

Conclusions of Law

1. The Board of the TxDMV has jurisdiction over this contested case matter. Tex. Occ. Code § 2301.151.

2. The Director of MVD is authorized to issue this Order Denying the Motion for Rehearing and Reducing Penalty. Tex. Occ. Code § 2301.154; 43 Tex. Admin. Code § 215.58 and 43 Tex. Admin. Code § 215.501(a).

3. The Director of MVD is the Final Order Authority for issuance of this Order Denying the Motion for Rehearing and Reducing Penalty. 43 Tex. Admin. Code § 215.58 and 43 Tex. Admin. Code § 215.501(a).

4. Notice of the Department Decision in this contested case matter was properly served upon the Respondent at Respondent's last known address. Tex. Gov't Code § 2001.142 and 43 Tex. Admin. Code § 215.500.

5. The last known address is the mailing address that was provided to TxDMV by the Respondent. Tex. Admin. Code § 215.500(c).

6. A license applicant, license holder, or other person must submit a request for hearing in writing within 26 days of the date of the Notice of Department Decision. 43 Tex. Admin. Code § 215.500(e).

7. In the absence of a timely filed request for a hearing from the Respondent or entry of a settlement agreement by the contested case parties, the Notice of Department Decision became final. 43 Tex. Admin. Code § 215.500(g).

8. The Director of MVD issued the Final Order in this contested case matter. Tex. Gov't Code §§ 2001.141 and 2001.142; Tex. Occ. Code § 2301.154 and 43 Texas Admin. Code § 215.58(c) and § 215.501(a).

9. Notice of the Final Order in this contested case matter was properly served upon the Respondent at Respondent's last known address. Tex. Gov't Code § 2001.142; 43 Tex. Admin. Code § 215.501.

10. The TxDMV processed the Motion for Rehearing. 43 Tex. Admin. Code §§ 215.58 and 215.501(b)(2).

11. The Director of the Motor Vehicle Division issued this Order Denying the Motion for Rehearing and Reducing Penalty as required. Tex. Gov't Code § 2001.141 and § 2001.144; 43 Tex. Admin. Code § 215.58 and § 215.501.

12. Notice of this Order Denying the Motion for Rehearing and Reducing Penalty was properly served upon the Respondent at the Respondent's last known address. Tex. Gov't Code § 2001.142.

13. A motion for rehearing must identify with particularity findings of fact or conclusions of law that are the subject of the complaint and any evidentiary or legal ruling claimed to be erroneous. The motion must also state the legal and factual basis for the claimed error. Tex. Gov't Code § 2001.146(g).

14. This Order Denying Motion for Rehearing and Reducing Penalty allows the parties an opportunity to request a rehearing. Tex. Gov't Code § 2001.146(h).

15. A Motion for Rehearing must be submitted in accordance with Tex. Gov't Code § 2001.146.

Accordingly, **IT IS ORDERED** that:

1. The Motion for Rehearing is **DENIED,**
2. Respondent's General Distinguishing Number, P163448, is **REVOKED.**
3. The penalty of $500,000 assessed in the Final Order dated August 31, 2022, is **REDUCED** to $50,000.
4. All other penalties assessed in the Final Order dated August 31, 2022, are **AFFIRMED**.

Date: October 18, 2022

Monique Johnston, Director
Motor Vehicle Division
Texas Department of Motor Vehicles

# EXHIBIT
# B

August 31, 2022

AFLOA Limited Liability Company
d/b/a AFLOA
PO Box 631705
Houston, Texas 77263-1705
**VIA US MAIL, CERT. MAIL AND EMAIL**

Joyce Lowe
TxDMV
4000 Jackson Avenue
Austin, Texas 78731
**VIA EMAIL**

Re:  **Docket No. 22-0011271.ENF, MVD Case No. 22-0016336**
     *In the Matter of the License(s) of AFLOA Limited Liability Company d/b/a AFLOA*

To the Parties Addressed:

Enclosed for your review is a copy of the final order that was issued in the above-referenced case by the Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles (Department) on August 31, 2022.

**If you disagree with the final order, you may file a motion for rehearing. A motion for rehearing must be filed <ins>and received by the Department</ins> not later than 5:00 p.m. central standard time on the 25th day after the date the order was signed.**

A motion for rehearing must: 1) include the specific reasons, exceptions, or grounds asserted by a party as the basis of the request for rehearing; and 2) recite the specific finding of fact, conclusion of law, or any other portion of the final order to which the party objects.

If you wish to file a motion for rehearing, you may do so in either of the following two ways:

1.  **File your motion online:** You may file your motion for rehearing online using the Department's eLICENSING system, available at http://www.txdmv.gov/dealers.

    To begin the filing process, log into eLICENSING and click on the "My Cases" button. From there, click on the link for your case number. On the "Case Details" screen, scroll down to the "Case Attachment" section. Select "Motion for Rehearing" from the "Document Type" drop-down menu, then type "Motion for Rehearing" in the "Name" field. Next, in the "Select a File" field, click on the "Browse" button. Select the file you want to upload, then click "Upload." Click the "Submit" button at the bottom of the screen. Then, eLICENSING will open a box asking you to confirm that you want to submit the attachments. Click the "Submit" button. The eLICENSING system will then return you to the "My Cases" page.

    To view attachments you have submitted, on the "My Cases" screen, click on the link for your case number. On the "Case Details" screen, scroll down to the "Existing Attachments" section. This section lists all of the attachments that have been submitted to the Department.

    You may also assign your attorney access to the eLICENSING system. To assign your attorney access to the eLICENSING system, log into eLICENSING, and click on the "Manage Your Account" button. On the "My Accounts" screen, under the "View Contacts" column, click on the "View & Create Contacts" button. Then, on the "My Contacts" screen, click on the "Associate New User" button. Fill in the fields with your attorney's information and select

TxDMV 000111

"Authorized Attorney" from the "User Role" drop-down menu. Select your organization's name from the "Organization Name" drop-down menu. Then, click "Submit."

OR

2.  **File by Mail:** If you choose to file by mail, the motion must be filed with the Docket Clerk of the Office of General Counsel and a copy must also be provided to the Enforcement Division as follows:

Address for Office of General Counsel:          Address for Enforcement Division:

ATTN: Docket Clerk                              ATTN: Joyce Lowe, Enforcement Attorney
Texas Department of Motor Vehicles              Texas Department of Motor Vehicles
Office of General Counsel                       Enforcement Division
4000 Jackson Avenue                             4000 Jackson Avenue
Austin, TX 78731                                Austin, TX 78731

If you have plates associated with your license, you may return the metal plates, temporary tags, stickers, and plate receipts to the Texas Department of Motor Vehicles Headquarters, 4000 Jackson Ave, Austin, TX 78731 or to your Regional Service Center. If you have questions regarding the return of your plates, please call toll free (888) 368-4689.

Please review the final order carefully. If you have any questions related to filing a motion for rehearing, please send an email to MVD_Docket_Clerk@TxDMV.gov. If you have any questions related to the case in which the order was issued, please contact Joyce Lowe at (512) 465-1208.

Sincerely,

Docket Clerk
Office of General Counsel

Enclosure

cc:   AFLOA Limited Liability Company
      d/b/a AFLOA
      3818 Jeanetta St
      Houston, Texas 77063-5680
      **VIA US MAIL AND CERT. MAIL**

# EXHIBIT C

**Texas Department** *of* **Motor Vehicles**

HELPING TEXANS GO. HELPING TEXAS GROW.



October 18, 2022

AFLOA Limited Liability Company
d/b/a AFLOA
Po Box 631705
Houston, Texas 77263-1705
**VIA US MAIL, CERT. MAIL AND EMAIL**

Joyce Lowe
TxDMV
4000 Jackson Avenue
Austin, Texas 78731
**VIA EMAIL**

    **RE:**    **Docket No. 22-0011271.ENF**
          *In the Matter of the License(s) of AFLOA Limited Liability Company d/b/a AFLOA*

To The Parties Addressed:

Enclosed please find a copy of the Decision and Order Denying the Motion for Rehearing, which has been issued by the Director of the Motor Vehicle Division.

This Order concludes the appeal process at the administrative agency level. Any party that disagrees or is dissatisfied may file an appeal in the state district court of Travis County or the Third Court of Appeals within thirty (30) days from the date the Motion for Rehearing was denied.

If you have any questions regarding this Order, please feel free to contact this office by email at MVD_Docket_Clerk@TxDMV.gov

Sincerely,

Docket Clerk
Office of General Counsel
Texas Department of Motor Vehicles

Enclosure

cc:    AFLOA Limited Liability Company
       d/b/a AFLOA
       3818 Jeanetta St
       Houston, Texas 77063-5680
       **VIA US MAIL AND CERT. MAIL**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Ted Ross
Bar No. 24008890
jeff.lutz@oag.texas.gov
Envelope ID: 95371948
Filing Code Description: Other Brief
Filing Description: 2024 1216 Supplemental brief
Status as of 12/16/2024 4:33 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ted Ross | | ted.ross@oag.texas.gov | 12/16/2024 4:30:08 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 12/16/2024 4:30:08 PM | SENT |
| Brandon Starling | 24047556 | bstarling@wso-law.com | 12/16/2024 4:30:08 PM | SENT |
| Susan White | | swhite@wso-law.com | 12/16/2024 4:30:08 PM | SENT |